CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Humane Society of the United States    )
                                            )
                                            )
                                            )
          vs    Plaintiff    )    Civil Action No._____
                                            )
United States Department of Agriculture     )
                                            )
                                            )
          Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Humane Society of the United States__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Humane Society of the United States__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Bar No. 461163
BAR IDENTIFICATION NO.

Jonathan R. Lovvorn
Print Name

2100 L St., NW
Address

Washington    DC    20037
City    State    Zip Code

(202) 955-3669
Phone Number